# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3009 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MELVIN VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |

Additional time is needed to finalize the terms of the parties' plea agreement. Accordingly,

IT IS ORDERED:

1) The parties' motion to continue defendant's change of plea hearing, (filing no. 33), is granted.

2) The defendant's plea hearing will be conducted before the undersigned magistrate judge on June 28, 2011 at 12:30 p.m. The defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and June 28, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

DATED this 24th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge