IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3009 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MELVIN VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's oral motion for permission to travel to Lexington, Nebraska for an overnight visit, (filing no. 39), is granted, subject to the following terms and conditions:

   a. The defendant shall travel directly to his mother-in-law's residence; stay at the residence and go nowhere else during his visit to Lexington; and return directly to Houses of Hope when the visit is complete.

   b. The defendant may travel to Lexington beginning on July 2, 2011, but shall return to Houses of Hope no later than 10:30 p.m. on July 4, 2011.

2) Immediately upon returning to Houses of Hope, the defendant will make a concerted and earnest effort to get a job. The failure to do so may result in prompt revocation of defendant's pretrial release.

DATED this 30th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge