IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3009 |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MELVIN VAUGHN, | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's unopposed motion, (filing no. 48), is granted.

2) The defendant's conditions of pretrial release are amended as follows:

- Upon successfully completing his program at Houses of Hope, the defendant shall be released to live with his fiancée in Lexington, Nebraska.

- The defendant will make a concerted and earnest effort to get a job. The failure to do so <u>will</u> result in prompt revocation of defendant's pretrial release.

- The defendant shall not leave Lexington, Nebraska without the prior approval of Pretrial Services.

- The defendant shall avoid all contact, directly or indirectly, with any persons, who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to <u>Donta Boelter</u>.

3) The Defendant shall comply with all other terms and conditions of his pretrial release (see filing no. 31).

DATED this 17th day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge