# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Melvin Vaughn | ) | Case No: 4:11CR3009 |
| | ) | USM No: 23991-047 |
| Date of Original Judgment: 09/23/2011 | ) | |
| Date of Previous Amended Judgment: | ) | Michael J. Hansen |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 180 months **is reduced to** 130 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated 09/23/2011 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/15/2016　　　s/ Richard G. Kopf
　　　　　　　　　　　　　　*Judge's signature*

Effective Date: 11/01/2015　　　Richard G. Kopf, Senior United States District Judge
*(if different from order date)*　　　*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Melvin Vaughn
CASE NUMBER: 4:11CR3009
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 29      Amended Total Offense Level: 27
Criminal History Category: VI      Criminal History Category: VI
Previous Guideline Range: 151 to 188 months      Amended Guideline Range: 130 to 162 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Filing nos. 61 and 62 are granted as provided herein.